

U.S. District Court
Wisconsin Eastern

AUG - 1 2017

FILED
Stephen C. Dries, Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARQUILLE D. WIMBERLY,

    Defendant.

17-CR-134

Case No. 17-CR
[18 U.S.C. §§ 922(g)(1), 922(g)(9), & 924(a)(2)]

---

## INDICTMENT

---

**THE GRAND JURY CHARGES THAT:**

1. On or about May 28, 2017, in the State and Eastern District of Wisconsin,

**MARQUILLE D. WIMBERLY,**

a prohibited person, knowingly possessed a firearm and ammunition, both of which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The defendant was prohibited from possessing either a firearm or ammunition for the following reasons:

    a. The defendant previously had been convicted of a crime punishable by imprisonment for a term exceeding one year; and

    b. The defendant previously had been convicted of a misdemeanor crime of domestic violence.

3. The firearm is more fully described as a Springfield Armory, model XDs, .45 caliber pistol, bearing serial number S4122892.

4. The ammunition is more fully described as fifteen rounds of .45 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and (9) and 924(a)(2).

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) and 922(g)(9) set forth in this Indictment, the defendant, Marquille D. Wimberly, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition, including, but not limited to:

1. a Springfield Armory, model XDs, .45 caliber pistol, bearing serial number S4122892; and

2. Fifteen rounds of .45 caliber ammunition.

A TRUE BILL:

FOREPERSON

Date: 8/1/17

GREGORY J. HAANSTAD
United States Attorney