# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | | |
|---|---|---|
| HON. **William E. Duffin**, presiding | Deputy Clerk: | Linda M. Zik |
| DATE: **October 3, 2017 at 1:30 p.m.** | Court Reporter: | FTR Gold |
| CASE NO. **17-Cr-134** | Time Called: | 1:30:52 p.m. |
| UNITED STATES V. **Marquille D. Wimberly** | Time Concluded: | 1:37:52 p.m. |

PROCEEDING: **Detention Hearing**

UNITED STATES BY: **Matthew L. Jacobs**
PROBATION OFFICER: **Eileen E. Vodak**
DEFENDANT: **Marquille D. Wimberly**, in person (in federal custody), and by
ATTORNEY: **Anderson M. Gansner**

---

COURT notes that on 8/23/2017 the defendant appeared for his A&P hearing but was in State custody therefore a detainer was lodged to bring him back here when released. He is no longer in state custody – they dismissed his case – so he is here for a detention hearing.

GOVERNMENT has the pretrial services report which proposes release on location monitoring and home detention with mental health services. This proposal is reasonable. He is not employed so there is little reason for him to leave the residence.

COURT notes the trial is set for 10/23/2017.

DEFENSE counsel agrees with the pretrial services report. Defendant's mother is in court today.

COURT addresses the defendant and states it could have easily been persuaded to detain him as a danger to the community and maybe a flight risk. However, the Court will follow the recommendation of pretrial services and the government. The defendant is told he is expected to comply with the conditions of release.

**Defendant to be released on the following conditions:**

(1) Reside with his mother at 3624 N. 77th St., Milwaukee, WI – *Residence to be approved by pretrial services before he is released*
(2) Travel restricted to ED/WI
(3) Participate in mental health treatment / take medications / participate in psychological/psychiatric evaluation and counseling; make co-payments
(4) Participate in LM with home detention
(5) Report to PTS as directed
(6) No firearms / dangerous weapons