UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

       v.                                Case No. 17-CR-134

MARQUILLE D. WIMBERLY,

        Defendant.

---

## MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE

---

    The United States of America, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Matthew L. Jacobs, Assistant United States Attorney for said District, hereby moves this Court pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure for an order forfeiting to the United States all right, title and interest in the property items described in the forfeiture notice of the Indictment filed on August 1, 2017.

    This motion is based on the provisions of Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and on all proceedings of record in this case. In particular, defendant Marquille D. Wimberly pled guilty to the Indictment, and pursuant to his guilty plea the property described in the forfeiture notice of the Indictment will be forfeited.

    No affidavit or memorandum is submitted in support of this motion.

    Dated at Milwaukee, Wisconsin, this 20th day of December, 2017.

                                         GREGORY J. HAANSTAD,
                                         United States Attorney

                            By: s/MATTHEW L. JACOBS
                                Assistant United States Attorney
                                Matthew L. Jacobs Bar Number: 1017227

Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: matthew.jacobs2@usdoj.gov