UNITED STATES DISTRICT COURT
EASEASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                      Case No. 17-CR-134

MARQUILLE D. WIMBERLY,

        Defendant.

_____

## PRELIMINARY ORDER OF FORFEITURE
_____

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and in consideration of the guilty plea of the above-named defendant, Marquille D. Wimberly agrees to the forfeiture of the property listed in the forfeiture notice of the Indictment filed on August 1, 2017.

IT IS HEREBY ORDERED that all right, title and interest in the following property items is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c):

1. A Springfield Armory, model XDs, .45 caliber pistol, bearing serial number S4122892; and

2. Fifteen rounds of .45 caliber ammunition.

IT IS FURTHER ORDERED that the above-listed items shall be seized forthwith by the Bureau of Alcohol, Tobacco, Firearms and Explosives, or it's duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this _____ day of _____, 2017.

_____
HONORABLE LYNN ADELMAN
United States District Judge