UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
HON. Lynn Adelman, presiding

SENTENCING MINUTES

DATE: 3/2/18
CASE NO.: 17 CR 134
UNITED STATES v. Mareville Wimberly
United States By: Matt Jacobs
Probation Officer: Dan Dragolovich
Interpreter: _____ ☐ Sworn

Dep. Clerk: J. Deitrich
Ct. Reptr.: Sheryl
Time Called: 1:25
Time Concluded: 1:53

Deft. Mareville Wimberly in person, and by Attorney Anderson Gansner

---

**Custody of Bureau of Prisons**
___ months on Count(s) ___
___ months on Count(s) ___
to run concurrently/consecutively
for a total of _____ months
Court's recommendation to Bureau of Prisons: _____

**Supervised Release/Probation**
___ year(s) on Count(s) ___
___ year(s) on Count(s) ___

CONDITIONS OF SUPERVISION:

COUNT(S) DISMISSED on motion of Government: _____

FINE: $_____ on Count(s) _____.
　　Terms:
　　☐ Fine waived or reduced due to defendant's inability to pay.
　　☐ Interest on fine waived.
RESTITUTION: $ _____ Payee: _____
　　Terms:
　　☐ Interest on restitution waived.
SPECIAL ASSESSMENT: $ _____.
　　☐ To be paid immediately.
　　☐ Other:
FORFEITURE:

CUSTODY STATUS:
　　☐ Defendant remanded to custody of U.S. Marshal.
　　☐ Execution of sentence stayed until _____
　　☐ Voluntary surrender to institution.
☐ Defendant advised of right to appeal.

OTHER: Court continues sentence to 6/27/18 @ 1:30.

STATEMENT OF REASONS

☐ The Court adopts the factual findings and guideline application in the presentence report

or

☒ The Court adopts the factual findings and guideline application in the presentence report except: Court does not score R case.

Advisory Guideline Range Determined by the Court:

    Total Offense Level: 12
    Criminal History Category: III
    Imprisonment Range: 15 to 21 months
    Supervised Release Range: 1 to 3 years
    Fine Range: $5500 to $55,000

☐ The sentence is within the guideline range.

or

☐ The court departs from the guideline range
    ☐ Upon motion of the government, as a result of defendant's substantial assistance.
    ☐ For the following reason(s):

or

☐ The court imposes a non-guideline sentence under 18 U.S.C. § 3553(a).