# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
   **Plaintiff,**

 v.             Case No. 17-CR-134

**MARQUILLE D. WIMBERLY**
   **Defendant.**

## SCHEDULING ORDER

On agreement,

**IT IS ORDERED** that the **SENTENCING** set for June 27, 2018, is adjourned and will be reset at a later date.

Dated at Milwaukee, Wisconsin, this 26th day of June, 2018.

         /s Lynn Adelman
         LYNN ADELMAN
         District Judge